JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: aicklen@lbbslaw.com
E-Mail: avakian@lbbslaw.com
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| ELIZABETH Y. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> KOHL'S DEPARTMENT STORES, INC.; and ROE CORPORATIONS I-X, <br><br> Defendant. | CASE NO. 2:11-cv-00623-JCM-CWH <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF ELIZABETH Y. SMITH'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that Plaintiff ELIZABETH Y. SMITH's Complaint and all related claims in the above-entitled action against KOHL'S DEPARTMENT STORES, INC. shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /

4852-1461-5818.1

-1-

**IT IS FURTHER STIPULATED AND AGREED** that there are currently no hearings pending before the Court and a trial date has not yet been set.

Dated this 30th day of November, 2011.          Dated this 22nd of November, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP             EDWARD BERNSTEIN & ASSOCIATES

By_____                  By_____
Josh Cole Aicklen, Esq.                         David Moore, Esq.
Nevada Bar No. 007254                           Nevada Bar No. 8580
David B. Avakian, Esq.                          500 South 4th Street
Nevada Bar No. 009502                           Las Vegas, Nevada 89101
6385 S. Rainbow Blvd., Suite 600                Attorney for Plaintiff
Las Vegas, Nevada 89118                         ELIZABETH SMITH
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff ELIZABETH Y. SMITH's Complaint and all related claims in the above-entitled action against Defendant KOHL'S DEPARTMENT STORES, INC. are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there are currently no pending motions before the Court or trial date

Dated this 6th day of December, 2011.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC.

4852-1461-5818.1

-3-