1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  DAVID B. AVAKIAN
   Nevada Bar No. 009502
3  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   (702) 893-3383
5  FAX: (702) 893-3789
   E-Mail: aicklen@lbbslaw.com
6  E-Mail: avakian@lbbslaw.com
   Attorneys for Defendant
7  KOHL'S DEPARTMENT STORES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                        STATE OF NEVADA

11

12  ELIZABETH Y. SMITH,                     CASE NO.  2:11-cv-00623-JCM -CWH

13            Plaintiff,                    STIPULATION AND ORDER TO
                                            DISMISS PLAINTIFF ELIZABETH
14       v.                                 Y. SMITH'S  COMPLAINT IN ITS
                                            ENTIRETY WITH PREJUDICE
15  KOHL'S DEPARTMENT STORES, INC,; and
    ROE CORPORATIONS I-X,
16
            Defendant.
17

18

19       **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto,

20  through their respective counsel of record, that Plaintiff ELIZABETH Y. SMITH's Complaint

21  and all related claims in the above-entitled action against KOHL'S DEPARTMENT

22  STORES, INC. shall be dismissed with prejudice, each party to bear their own attorneys'

23  fees and costs.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP      4852-1461-5818.1                    -1-

IT IS FURTHER STIPULATED AND AGREED that there are currently no hearings pending before the Court and a trial date has not yet been set.

Dated this ___ day of November, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

Dated this ___ of November, 2011

EDWARD BERNSTEIN & ASSOCIATES

By_____
David Moore, Esq.
Nevada Bar No. 8580
500 South 4th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff
ELIZABETH SMITH

<u>ORDER FOR DISMISSAL WITH PREJUDICE</u>

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff ELIZABETH Y. SMITH's Complaint and all related claims in the above-entitled action against Defendant KOHL'S DEPARTMENT STORES, INC. are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there are currently no pending motions before the Court or trial date

Dated this **6th day of December, 2011.**

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
   Josh Cole Aicklen, Esq.
   Nevada Bar No. 007254
   David B. Avakian, Esq.
   Nevada Bar No. 009502
   6385 South Rainbow Boulevard
   Suite 600
   Las Vegas, Nevada  89118
   (702) 893-3383
   Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4852-1461-5818.1                    -3-